REUBIN CLEIN v. D. C. COLEMAN, Sheriff of Dade County.

182 So. 778.
Opinion Filed July 14, 1938.

*William J. Pruitt* and *Albert S. Dubbin,* for Relator;

*George Couper Gibbs,* Attorney General, and *Tyrus A. Norwood,* Assistant Attorney General, for Respondent.

PER CURIAM.—This case is before us on return to writ of habeas corpus which was lately issued by Mr. Justice BUFORD of this Court.

The warrant on which petitioner is held charges no offense against the laws of this State, which fact is conceded by the Attorney General at the Bar of this Court.

Therefore, the petitioner is discharged.

So ordered.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.